# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2486

_____

United States of America

*Plaintiff - Appellee*

v.

Jeffrey S. Dubray, also known as Jeffery S. Dubray

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: March 6, 2025
Filed: March 28, 2025
[Unpublished]

_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Jeffrey Dubray appeals the sentence imposed by the district court[1] after he pleaded guilty to drug and firearm offenses pursuant to a plea agreement containing

---

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

an appeal waiver. His counsel has requested leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), questioning the substantive reasonableness of the sentence.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw, and we dismiss the appeal.

_____